IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PETITION OF DAVID LUCAS, #180728 | ) CIV. ACT. NO. 1:19-cv-321-TFM-MU ) |

**MEMORANDUM OPINION AND ORDER**

On August 22, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 5) which recommends denial of David Lucas' petition for Rule 27 Pre-Action Discovery (Doc. 1). Plaintiff timely filed objections (Doc. 8).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner's Objections are **OVERRULED**, the Rule 27 Petition for Pre-Action Discovery (Doc. 1) is **DENIED**, and this action **DISMISSED without prejudice**.

Further, as part of his objections, Plaintiff acknowledges the procedural deficiencies and requests the opportunity to amend his petition to comply with all requirements of the rules. For the reasons noted in the Report and Recommendation, the Court notes that Lucas must be able to establish all elements of the rule and by his own admissions (he "expects to be a party to several actions…"), he currently fails and the Court will not permit him to withdraw those particular statements. Therefore, the request to amend this action is **DENIED**.

**DONE** and **ORDERED** this the 18th day of November 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE